UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AMBER FAUST,
    Plaintiff,

vs.

LEGACY AUTOMOTIVE GROUP, LLC

    Defendant.

**Civil Action No.
1:16-cv-00170-DDD-JPM**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: April 21, 2016.

                Respectfully submitted,

                /s/ Ashley J. Scott
                Ashley J. Scott
                LA State Bar No. 34081
                Law Office of Ashley J. Scott, PLLC
                927 Nashua Street
                Houston, TX 77008
                Telephone: (888) 595-9111 ext. 275
                Facsimile: (866) 317-2674
                ashley@ajscottlaw.com
                Attorney for Plaintiff Amber Faust

## **CERTIFICATE OF SERVICE**

I certify that on April 21, 2016, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

/s/ Ashley J. Scott
Ashley J. Scott