UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

```
********************************    *
                                    *
AMBER FAUST,                        *
     Plaintiff,                     *
                                    *       Civil Action No.
     vs.                            *       1:16-cv-00170-DDD-JPM
                                    *
LEGACY AUTOMOTIVE GROUP,            *
LLC                                 *
     Defendant.                     *
                                    *
********************************    *
```

## NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

Plaintiff submits this notice of dismissal prior to the service of any answer or motion for summary judgment by any defendant. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice that this civil action is hereby dismissed with prejudice, and without fees or costs to any party.

Dated: June 14, 2016.

Respectfully submitted,

/s/ Ashley J. Scott
Ashley J. Scott
LA State Bar No. 34081
Law Office of Ashley J. Scott, PLLC
3730 Kirby Dr. Ste. 1200 #283
Houston, Texas 77098
Telephone: (888) 595-9111 ext. 275
Facsimile: (866) 317-2674
ashley@ajscottlaw.com

*Of-counsel Thompson Consumer Law Group, PLLC*

**Correspondence address**

Thompson Consumer Law Group PLLC
5235 E. Southern Ave D106-618
Mesa, AZ 85206
tclg@consumerlawinfo.com

2

Attorney for Plaintiff Amber Faust

**CERTIFICATE OF SERVICE**

I certify that on June 14, 2016, the foregoing Notice of Dismissal was filed with the U.S. District Court for the Western District of Louisiana by means of the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/Ashley J. Scott<br>Ashley J. Scott